IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
SEP 2 2 2016
Clerk, U.S. District Court
District of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PEDRO CARRASCO, JR., Defendant. | CR 16-41-BLG-SPW<br><br>ORDER |

Before this Court is Defendant Pedro Carrasco, Jr.'s Motion to Suppress Evidence (Doc. 32). Since his arraignment on April 25, Carrasco has elected to proceed with counsel. Despite having counsel, however, Carrasco filed the current motion pro se. Through his pro se filing, Carrasco engages in hybrid representation without first seeking this Court's permission. *See United States v. Klee*, 494 F.2d 394, 396-97 (9th Cir. 1974) (a criminal defendant does not have an absolute right to both self-representation and the assistance of counsel); *see also United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978) (whether to allow hybrid representation remains within the sound discretion of the trial judge). Under such circumstances, "[a] district court has no obligation to entertain pro se motions filed by a represented party." *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001).

1

This Court will not consider motions filed by Carrasco personally and declines to consider his motion to suppress.

Accordingly, IT IS HEREBY ORDERED that Carrasoco's Motion to Suppress Evidence (Doc. 32) is DENIED in its entirety.

DATED this 21st day of September 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge