IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
OCT - 5 2016
Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 16-41-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PEDRO CARRASCO, JR., | |
| Defendant. | |

For the reasons stated on the record at the hearing on October 5, 2016,

IT IS HEREBY ORDERED that the Defendant, Pedro Carrasco, Jr., shall be held at the Yellowstone County Detention Facility until further Order of this Court.

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 5th day of October, 2016.

SUSAN P. WATTERS
United States District Judge