**FILED**

NOV 0 8 2016

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO CARRASCO, JR.,<br><br>Defendant. | CR 16-41-BLG-SPW<br><br>**ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL** |

Upon Defendant's Motion to file Document Under Seal, (Doc. 41) and good cause appearing,

IT IS HEREBY ORDERED that the Exhibits to Defendant's Motion to Suppress and brief in support are filed under seal. The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 7th day of November, 2016.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1