# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-41-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO SEAL RESPONSE TO MOTION TO SUPPRESS** |
| PEDRO CARRASCO, JR., | |
| Defendant. | |

Upon the United States' Motion to Seal United States' Response to Defendant's Motion to Suppress (Doc. 45), and for good cause shown,

IT IS HEREBY ORDERED that the motion to file United States' response to defendant's motion to suppress under seal is **GRANTED**.

DATED this 21st day of November, 2016.

_/s/ Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1