

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 16-41-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |
| PEDRO CARRASCO, JR., | |
| Defendant. | |

Upon Defendant's Motion to File Document Under Seal (Doc. 64), and for good cause appearing,

IT IS HEREBY ORDERED that the Exhibits to Defendant's Motion for Leave to File Motion to Reconsider and brief in support thereof are filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 9th day of January, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1