
FILED
JAN 20 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO CARRASCO, JR.,<br><br>Defendant. | CR 16-41-BLG-SPW<br><br>ORDER |
|---|---|

Pending before the Court is the United States' Motion to Seal Exhibit A of the United States' Response to Defendant's Motion to Suppress GPS Tracker (Doc. 75), and for good cause being shown,

IT IS HEREBY ORDERED that the United States' Motion to Seal Exhibit A of the United States' Response to Defendant's Motion to Suppress GPS Tracker (Doc. 75) is **GRANTED**.

DATED this 20th day of January, 2017.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1