

FILED
JAN 20 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-41-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER TO SEAL RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER AND/OR MOTION FOR FRANKS HEARING |
| PEDRO CARRASCO, JR., | |
| Defendant. | |

Pending before the Court is the United States' Motion to Seal United States' Response to Defendant's Motion to Reconsider and/or Motion for Franks Hearing Under Seal (Doc. 70). For good cause being shown,

IT IS HEREBY ORDERED that the Motion to file United States' response to defendant's motion to reconsider and/or motion for Franks hearing under seal (Doc. 70) is **GRANTED**.

DATED this 20th day of January, 2017.

SUSAN P. WATTERS
United States District Judge

1