
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO CARRASCO, JR.,<br><br>Defendant. | CR 16-41-BLG-SPW<br><br>ORDER TO SEAL RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS INVOLUNTARY STATEMENT AND EXHIBIT A FILED CONVENTIONALLY |
|---|---|

Pending before the Court is the United States' Motion to Seal United States' Response to Defendant's Motion to Suppress Involuntary Statement and Exhibit A Filed Conventionally (Doc. 72). For good cause being shown,

IT IS HEREBY ORDERED that the Motion to file United States' response to defendant's motion to suppress involuntary statement and exhibit A under seal (Doc. 72) is **GRANTED**.

DATED this 20th day of January, 2017.

SUSAN P. WATTERS
United States District Judge

1