IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-41-BLG-SPW |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| PEDRO CARRASCO, JR., | |
| Defendant. | |

Defendant Pedro Carrasco, Jr., is charged with conspiracy to distribute methamphetamine, possession with intent to distribute methamphetamine, felon in possession of a firearm, possession of a firearm in furtherance of a drug trafficking crime, and conspiracy to commit money laundering. (Doc. 2). He moves to suppress all evidence obtained from a GPS tracker installed on his vehicle. (Doc. 60). In its response, the Government asserts that no evidence was obtained from the tracker. (Doc. 74 at 2). Accordingly, there is no evidence to suppress. Carrasco's motion to suppress GPS tracker is DENIED (Doc. 60) as moot.

DATED this 23rd day of January, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1