# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO CARRASCO, JR.,<br><br>Defendant. | Case No. CR 16-41-BLG-SPW<br><br><br>ORDER |

Defendant **Pedro Carrasco, Jr.**, having filed an Unopposed Motion for Issuance of *Subpoena Duces Tecum* (Doc. 128) upon the Custodian of Records, Yellowstone County Detention Facility;

IT IS HEREBY ORDERED that the Motion for Issuance of *Subpoena Duces Tecum* upon the Custodian of Records, Yellowstone County Detention Facility is GRANTED; that the Custodian of Records, Yellowstone County Detention Facility produce the records contained in the *Subpoena Duces Tecum*.

IT IS FURTHER HEREBY ORDERED that the clerk shall issue the *Subpoena Duces Tecum* as follows:

1

Custodian of Records,  Yellowstone County Detention Facility,  3165 King Avenue East, Billings, MT 59101:

You are hereby commanded to produce the following **on or before August 1, 2017**:

All medical records pertaining to Pedro Carrasco, Jr.

DATED this _25th_ day of July, 2017.

Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE