IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
AUG - 7 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO CARRASCO, JR.,<br><br>Defendant. | CR 16-41-BLG-SPW<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the hearing on the Status of Counsel in this matter presently set for Wednesday, August 9, 2017 at 10:30 a.m. is **VACATED** and **RESET** for **Wednesday, August 9, 2017 at 1:30 p.m.** in the Snowy Mountains Courtroom at the James F. Battin Courthouse, Billings, Montana.

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 7th day of August, 2017.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge