FILED

AUG 1 0 2017

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO CARRASCO, JR.,<br><br>Defendant. | CR 16-41-BLG-SPW<br><br>**ORDER DENYING DEFENDANT'S PRO SE MOTION TO DISMISS COUNSEL** |

Upon Defendant's Pro Se Motion to Dismiss Counsel (Doc. 134) and for the reasons stated on the record at the hearing on August 9, 2017,

IT IS HEREBY ORDERED that Defendant's Pro Se Motion to Dismiss Counsel (Doc. 134) is **DENIED**.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 9th day of August, 2017.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1