
FILED
AUG 15 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-41-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |
| PEDRO CARRASCO, JR., | |
| Defendant. | |

Upon the United States' unopposed Motion for Leave to File Response to Defendant's Motion to Interview Confidential Source Under Seal (Doc. 143), and for good cause being shown,

IT IS HEREBY ORDERED that the motion is GRANTED. The United States may file its response to Defendant's Motion to Interview Confidential Source under seal.

DATED this 15th day of August, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1