IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-41-BLG-SPW |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| PEDRO CARRASCO, JR., | |
| Defendant. | |

Before the Court is Defendant's Opposed Motion for a Detention Hearing. (Doc. 149.) Criminal Rule 47.1(a) requires that "[t]he text of [a] motion must state that all other parties have been contacted and state whether any party objects to the motion." Defendant's instant motion complies with this Rule, insofar as it states that "[AUSA] Brendon McCarthy has been contacted regarding this Motion and has stated that he opposes it" (Doc. 149 at 5), but it is unclear to the Court whether the United States (a) agrees that a hearing is proper but objects to Defendant's release or (b) objects to Defendant's request for a hearing in the first instance. Accordingly,

IT IS ORDERED that, within seven (7) days of the date of this Order, Defendant shall file a notice with this Court clarifying his understanding of the United States' opposition.

//

DATED this 21st day of August, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge