

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-41-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| PEDRO CARRASCO, JR., | |
| Defendant. | |

Upon Defendant's Unopposed Motion to Interview Confidential Source (Doc. 131), and for good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. Defense counsel and investigator Sean Lyle may interview the CS prior to the trial in this matter.

IT IS FURTHER ORDERED that the Government shall make arrangements for defense counsel and investigator Sean Lyle to interview the CS.

DATED this 22nd day of August, 2017.

SUSAN P. WATTERS
United States District Judge

1