
FILED
SEP 0 1 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-41-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PEDRO CARRASCO, JR., | |
| Defendant. | |

Upon the United States' Unopposed Motion for Leave to File Motion for Protective Order Under Seal (Doc. 157), and for good cause being shown,

IT IS HEREBY ORDERED that the Motion (Doc. 157) is **GRANTED**.

The United States' Motion for a Protective Order is filed under seal.

DATED this 31st day of August, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1