IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-41-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |
| PEDRO CARRASCO, JR., | |
| Defendant. | |

Upon the United States' Motion for Leave to File Sentencing Memorandum Under Seal (Doc. 172), and for good cause shown,

IT IS HEREBY ORDERED that the United States' Motion is **GRANTED**.

The United States' sentencing memorandum shall be filed under seal.

DATED this 24th day of January, 2018.

SUSAN P. WATTERS
United States District Judge

1