IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO CARRASCO, JR.,<br><br>Defendant. | CR 16-41-BLG-SPW<br><br>ORDER |
|---|---|

Upon the Defendant's Unopposed Motion to File Sentencing Memorandum Under Seal (Doc. 174), and for good cause shown,

IT IS HEREBY ORDERED that the Defendant's Motion is **GRANTED**.

The Defendant's sentencing memorandum shall be filed under seal.

DATED this 25th day of January, 2018.

SUSAN P. WATTERS
United States District Judge

1