IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**
FEB 0 7 2018
Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PEDRO CARRASCO, JR.,

Defendant.

Case No. CR 16-41-BLG-SPW

**ORDER**

Upon the Defendant Pedro Carrasco, Jr.'s Unopposed Motion to File Discovery and Other Materials Conventionally and Under Seal (Doc. 181), and for good cause being shown,

IT IS HEREBY ORDERED that counsel for Mr. Carrasco may file the discovery, application for search warrant, and transcript of the CI's interview conventionally and under seal.

DATED this 7th day of February, 2018.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE