IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
FEB 0 8 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-41-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| PEDRO CARRASCO, JR., | |
| Defendant. | |

Defendant, Pedro Carrasco, Jr., was sentenced in the above-captioned matter on February 8, 2018. Therefore,

IT IS HEREBY ORDERED that the Court's Order (Doc. 38) of October 5, 2016 ordering that the Defendant be held at the Yellowstone County Detention Facility is no longer in effect as of the date of this Order.

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 8th day of February, 2018.

SUSAN P. WATTERS
United States District Judge