FILED

SEP - 5 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-41-BLG-SPW |
| Plaintiff, | |
| vs. | |
| PEDRO CARRASCO, JR., | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final
Order of Forfeiture (Doc. 207). Having reviewed said motion, the Court FINDS:

1.  The United States commenced this action pursuant to 21 U.S.C.
§ 853;

2.  A Preliminary Order of Forfeiture was entered on February 8, 2018;

3.  All known interested parties were provided an opportunity to respond
and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21
U.S.C. § 853(n)(1);

4.    There appears there is cause to issue a forfeiture order under 21

U.S.C. § 853;

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.    The Motion for Final Order of Forfeiture is GRANTED.

2.    Judgment of forfeiture of the following property shall enter in favor of

the United States pursuant to 21 U.S.C. § 853, free from the claims of any other

party:

- A Glock, model 23, .40 caliber, semi-automatic pistol (serial number PKF316);
- A Smith & Wesson, model Bodyguard, .380 auto caliber semi-automatic pistol (serial number EAX8488);
- 80 rounds of .40 caliber ammunition;
- 11 rounds of .380 ACP ammunition; and
- $4,665.00 in United States Currency.

3.    The United States shall have full and legal title to the forfeited property

and may dispose of it in accordance with law.

Dated this ____5th____ day of September, 2018.


_____
SUSAN P. WATTERS
United States District Court Judge